# Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

James M. Wodarski

617 542 6000
617 542 2241 *fax*

*Direct dial 617.348.4723*
**jmwodarski@mintz.com**

August 16, 2004

W. Keith Ransdell, Esq.
Ransdell & Wier, PLLC
176 Pasadena Drive
Building One
Lexington, Kentucky 40503

Re:   *Sellathon, Inc. v. Michael Helmstadter*
      U.S.D.C. (E.D. Kentucky), Civil Action No. 5:04-128-KSF

Dear Keith:

A hearing on the petition to compel arbitration has been scheduled for **Wednesday, September 1, 2004 at 3:00 p.m**. The matter is before Judge Rya W. Zobel. The John Joseph Moakley U.S. Courthouse is located at One Courthouse Way, Boston, Massachusetts 02210. If you have any questions or concerns, please call. Thank you.

Very truly yours,

James M. Wodarski

JMW;srt
cc:   Paul Wilson, Esq.
      Michael Helmstadter
      Lisa Urso, Courtroom Clerk, U.S. Dist. Ct.
      Steven Loy, Esq.